No. 75–6169. LOVELACE v. TENNESSEE. Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question. 

No. 74–1622. KIRWAN, SUPERINTENDENT, NEW YORK STATE POLICE v. ROMANO. Appeal from D. C. W. D. N. Y. Judgment vacated and case remanded for further consideration in light of *Kelley* v. *Johnson, ante,* p. 238. MR. JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 75–1158. NATIONAL SOCIALIST WHITE PEOPLE'S PARTY ET AL. v. WALSH ET AL. Appeal from D. C. Conn. Judgment vacated and case remanded with directions to enter a fresh decree from which a timely appeal may be taken to the United States Court of Appeals for the Second Circuit. *Butler* v. *Dexter, ante,* p. 262.

No. 75–1194. SHOUSE ET AL. v. PIERCE COUNTY ET AL. Appeal from D. C. W. D. Wash. Judgment vacated and case remanded with directions to enter a fresh decree from which a timely appeal may be taken to the United States Court of Appeals for the Ninth Circuit. *Gonzalez* v. *Automatic Employees Credit Union,* 419 U. S. 90 (1974).

No. 75–1065. JOHN NUVEEN & Co., INC., ET AL. v. SANDERS. C. A. 7th Cir. Motions of Securities Industry Assn. and Lehman Commercial Paper, Inc., for leave to file briefs as *amici curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ernst & Ernst* v. *Hochfelder, ante,* p. 185. MR. JUSTICE STEVENS took no part in the con-